UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Pamela White,

       Plaintiff,                    Case Number 22-cv-12032
                                        HON. BERNARD A. FRIEDMAN

v.

Frank W. Cawood & Associates, Inc.,

       Defendant.

_____/

## ORDER OF VOLUNTARY DISMISSAL

On December 1, 2022, Plaintiff filed a notice of voluntary dismissal of its claims against the defendant [ECF No. 4]. The defendant has not answered or otherwise responded to the complaint. The Court therefore will dismiss the case. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is **ORDERED** that the case is **DISMISSED** *without prejudice*.


Dated: January 24, 2023          s/Bernard A. Friedman
Detroit, Michigan                HON. BERNARD A. FRIEDMAN
                                      SENIOR UNITED STATES DISTRICT JUDGE